

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-39,987-04

### EX PARTE REGINALD JEROME CHRISTIAN AKA ANTOINE LEON CHRISTIAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1093011-A IN THE 184TH DISTRICT COURT FROM HARRIS COUNTY

**KEEL, J., filed a concurring opinion.**

### <u>CONCURRING OPINION</u>

The majority opinion confuses "same type of misconduct" with circumstances surrounding it. Surrounding circumstances like other witnesses or corroboration might rebut an inference of falsity or undermine materiality, but it would not inform an assessment of sameness. Indeed, the parties agree that Goines's alleged misconduct in this case was the same type of misconduct that he committed before, and that is consistent with our caselaw.

Newly alleged misconduct is of the same type as earlier misconduct if it "would

have affected the evidence in the applicant's case[.]" *Ex parte Coty*, 418 S.W.3d 597, 605 (Tex. Crim. App. 2014). For example, *Mathews* held that Goines's two earlier instances of proven or alleged misconduct "would each at least broadly be of the kind that, if repeated in Applicant's case, would have affected the evidence against him: manufacturing false evidence to obtain a drug arrest or conviction." *Ex parte Mathews*, 638 S.W.3d 685, 691 (Tex. Crim. App. 2022) (*per curiam*). In contrast, a lab tech's prior instances of intentional "dry-labbing" cocaine and alprazolam were not the same type of misconduct as his "carelessness or general incompetence" in testing for marijuana. *Ex parte Owens*, 515 S.W.3d 891, 897 (Tex. Crim. App. 2017).

Sameness depends on the misconduct, not the circumstances surrounding it. Such circumstances as we have here—like other eyewitnesses and Applicant's inconsistencies—may rebut the inference of falsity and undermine the materiality of the alleged misconduct, but they would not change the type of misconduct Goines has repeated—falsifying offense reports to support drug charges. So I concur in the majority's result without joining its opinion.

Filed: September 25, 2024

Publish